DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

CHRISTOPHER D. VIEIRA (CABN 273781)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7301
FAX: (415) 436-7027
christopher.vieira@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 18-00610 EJD |
|---|---|
| Plaintiff, | ) NOTICE OF DISMISSAL AND [PROPOSED] ORDER |
| v. | ) |
| CLINTON BRIAN PAPPADAKIS, | ) |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above-captioned indictment against Clinton Brian Pappadakis. The United States received a death certificate issued by the San Benito County Health Department, which confirms that Mr. Pappadakis has died.

DATED: February 18, 2021                                    Respectfully submitted,

                                                                              DAVID L. ANDERSON
                                                                              United States Attorney

                                                                              /s
                                                                              HALLIE HOFFMAN
                                                                              Chief, Criminal Division

NOTICE OF DISMISSAL
No. CR 18-00610 EJD

1 **[PROPOSED] ORDER**

2  Leave is granted to the government to dismiss the indictment against Clinton Brian Pappadakis.

4  DATED: February 19, 2021

_____
HON. EDWARD J. DAVILA
United States District Judge

NOTICE OF DISMISSAL
No. CR 18-00610 EJD